# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

| | | |
|---|---|---|
| **ROBERT JOSEPH JOHNSON** | ) | **CASE NO.: 1:21-CV-8** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE THOMAS S. KLEEH** |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| **OSMOSE UTILITIES SERVICES,** | ) | **WITH PREJUDICE** |
| **INC., a Georgia Corporation et al.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

Now comes Plaintiff, Robert Joseph Johnson, and Defendant Osmose Utilities Services, Inc., by and through undersigned counsel, and pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure, and hereby represent to the Court that the claims in this matter have been settled and stipulate to the dismissal of any and all claims, counts, and causes of action asserted by Plaintiff against Defendant Osmose Utilities Services, Inc., with prejudice.

Respectfully submitted,

  _/s/ Thomas P. Mannion_              _/s/ Eric M. Hayhurst_
Thomas P. Mannion                      Eric M. Hayhurst (11042)
Lewis Brisbois Bisgaard & Smith        Hayhurst Law PLLC
1375 E. 9th Street, Suite 2250         34 Commerce Drive, Suite 203
Cleveland, Ohio 441114                 Morgantown, WV 26504
tom.mannion@lewisbrisbois.com          304-212-7099 / 304-212-7108 (fax)
*Counsel for Osmose Utilities Services, Inc.*   eric@hayhurstlaw.com
                                       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was mailed to all parties or their attorneys via the CM/ECF this 1st day of November, 2021.

Thomas P. Mannion
Lewis Brisbois Bisgaard & Smith
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 441114
tom.mannion@lewisbrisbois.com
*Counsel for Osmose Utilities Services, Inc.*

                                        */s/ Eric M. Hayhurst*
                                        Eric M. Hayhurst (11042)
                                        Hayhurst Law PLLC